JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARGARET BELL CARLSEN, ) | Case No. EDCV 12-0234-MLG |
| Plaintiff, ) | JUDGMENT |
| v. ) | |
| MICHAEL J. ASTRUE, ) Commissioner of the ) Social Security Administration, ) | |
| Defendant. ) | |

**IT IS ADJUDGED** that this action is remanded to Defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Memorandum Opinion and Order.

DATED: September 14, 2012

                     *MARC L. GOLDMAN*
                     MARC L. GOLDMAN
                     United States Magistrate Judge